IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM

Ty Anderson, Deputy Clerk
Kara Spitler, Court Reporter

Date: May 18, 2006

Criminal Action No. 04-cr-00396-EWN-1

*Parties:*

*Counsel:*

UNITED STATES OF AMERICA,

Wayne Campbell

      Plaintiff,

v.

1.    PEDRO ORTIZ-BARRIOS,

Matthew Golla

      Defendant.

Interpreter:  Ruth Warner

---

## ARRAIGNMENT MINUTES

---

**10:36 a.m.**    Court in session.

Interpreter sworn.

Appearances of counsel and stipulations to the expertise of the interpreter.

Defendant sworn.

Preliminary questioning of Defendant by Court.

Defendant waives reading of Indictment previously executed.

**Defendant pleads GUILTY to Count One of the Second Superceding Indictment.**

Court reviews plea agreement with Defendant.

Defendant is informed of possible sentences that could be imposed.

Courtroom Minutes
Judge Edward W. Nottingham
Page 2

Defendant's constitutional and other rights are explained.

Court explains elements of proof to Defendant.

Statement by Defendant.

Government outlines evidence.

Court confirms that Court Exhibit 1 is the English Plea Agreement, Court Exhibit 2a is the Spanish translation of the Plea Agreement, Court Exhibit 2 is the Statement by Defendant in Advance of the Plea, and Court Exhibit 1a is the Spanish translation of the Statement by Defendant in Advance of the Plea.

**ORDERED: 1.** **Court Exhibits 1, 1a, 2, and 2a are received.**

**ORDERED: 2.** **The Court accepts the plea of GUILTY.**

**ORDERED: 3.** **The Court defers acceptance of plea agreement until after the Probation Department has prepared a presentence report.**

**ORDERED: 4.** **Sentencing is set for Friday, August 11, 2006, at 2:15 p.m.**

**ORDERED: 5.** **Defendant's Motion for Pretrial Notice under Rule 404(b) of Intention of Government to Introduce Evidence of Other Crimes, Wrongs or Acts (#178 - filed 04/28/2006) is DENIED as MOOT.**

**ORDERED: 6.** **Defendant's Motion for Discovery (#179 - filed 04/28/2006) is DENIED as MOOT.**

**11:14 a.m.**   Court in recess.

Total time in court:   00:38

Hearing concluded.